**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:19-mj-01092-AJB-1

Case title: USA v. Collins  
Other court case number: 3:19-CR-216 USDC EDTN at Knoxville

Date Filed: 12/18/2019  
Date Terminated: 12/18/2019

Assigned to: Magistrate Judge Alan J. Baverman

### Defendant (1)

**Wynde Collins**  
*TERMINATED: 12/18/2019*

represented by **David H. Jones**  
David H. Jones, LLC  
Suite 306  
125 East Trinity Place  
Decatur, GA 30030  
404-522-8484  
Fax: 404-522-8481  
Email: dhjoneslaw@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

Case 3:19-cr-00216-RLJ-HBG  Document 6  Filed 01/13/20  Page 1 of 10  PageID #: 41

**Q**uery    Reports    **U**tilities    Help    What's New    Log Out

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Jeffrey Aaron Brown** |
| | | Office of the United States Attorney-ATL600 |
| | | Northern District of Georgia |
| | | 600 United States Courthouse |
| | | 75 Ted Turner Dr., S.W. |
| | | Atlanta, GA 30303 |
| | | 404-581-6064 |
| | | Email: Jeff.A.Brown@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Tal Cohen Chaiken** |
| | | United States Attorney's Office |
| | | 75 Ted Turner Drive SW |
| | | Suite 600 |
| | | Atlanta, GA 30303 |
| | | 404-581-6069 |
| | | Email: tal.chaiken@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2019 | | Arrest (Rule 40) of Wynde Collins. (tcc) (Entered: 12/26/2019) |
| 12/18/2019 | 1 | Minute Entry for proceedings held before Magistrate Judge Alan J. Baverman: Initial Appearance in Rule 5(c)(3) Proceedings as to Wynde Collins held on 12/18/2019, Defendant waives Preliminary Hearing. Waiver filed. Bond Hearing held, Appearance Bond (Unsecured) set in the amount of $10,000.00. (Tape #FTR) (tcc) (Entered: 12/26/2019) |
| 12/18/2019 | 2 | WAIVER of Rule 5 Identity Hearings by Wynde Collins. (tcc) (Entered: 12/26/2019) |
| 12/18/2019 | 3 | Appearance Bond (Unsecured) on Rule 5(c)(3) Entered as to Wynde Collins in amount of $10,000.00. (tcc) (Entered: 12/26/2019) |
| 12/18/2019 | 4 | ORDER Setting Conditions of Release as to Wynde Collins. Signed by Magistrate Judge Alan J. Baverman on 12/18/2019. (tcc) (Entered: 12/26/2019) |
| 12/18/2019 | | Magistrate Case Closed. Defendant Wynde Collins terminated. (tcc) (Entered: 12/26/2019) |

Case 3:19-cr-00216-RLJ-HBG   Document 6   Filed 01/13/20   Page 2 of 10   PageID #: 42

**Query** **Reports** **Utilities** **Help** **What's New** **Log Out**

and docket sheet. (tcc) (Entered: 12/26/2019)

Case 3:19-cr-00216-RLJ-HBG   Document 6   Filed 01/13/20   Page 3 of 10   PageID #: 43

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                                    Page 1 of    3    Pages

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC 18 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> WYNDE COLLINS <br> *Defendant* | ) <br> ) <br> ) Case No.: 1:19-MJ-1092-AJB <br> ) <br> ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                        *Place*

on _____
                *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
Custodian                Date

( x ) (7) The defendant must:
submit to supervision by and report for supervision
- ( x ) (a) to the _____ ( x ) U.S. Pretrial Services ( ) U.S. Probation Office
  telephone number  404-215-1950  , ( ) No later than _____ ( ) Before leaving courthouse, or _____
- ( x ) (b) maintain or actively seek lawful and verifiable employment.
- ( ) (c) continue or start an education program.
- ( x ) (d) surrender any passport to  your supervising officer by : 10:00 AM on 12/19/19 and do not obtain nor possess a passport or other international travel document, not obtain or possess a passport or other international travel document in your name, another name or on behalf of a third party, including minor children.
- ( x ) (e) abide by the following restrictions on personal association, residence, or travel: Reside at address provided to Pretrial Services and do not change your address or telephone number w/o written PTS pre-approval
- ( x ) (f) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: any and all co-defendants and/or unindicted co-conspirators, including Alvin Johnson
- ( ) (g) get medical or psychiatric treatment: ( ) as directed by your supervising officers ( ) _____
- ( ) (h) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( x ) (i) not possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle or place of employment, or upon your person.
- ( x ) (j) not use alcohol ( ) at all ( x ) excessively.
- ( x ) (k) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a licensed medical practitioner.
- ( ) (l) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ) (m) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ) (n) participate in one of the following location restriction programs and comply with its requirements as directed.
    - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or
    - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    - ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ) (o) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
    - ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- ( x ) (p) report within 72 hours to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( x ) (p) restrict travel to the Northern District of Georgia unless the supervising officer has approved travel in advance.
- ( x ) (r) May travel to EDTN for court, court obligations & attorney consultations
- ( x ) (s) not apply for or obtain extensions of credit from any financial institution w/o prior permission of PTS.
- ( ) (t)

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in a separate term of imprisonment, a fine, or both.

While on release, if you commit a federal felony offense, the punishment is an additional prison term of not more than ten years; if you commit a federal misdemeanor offense, the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) any other sentence you receive.

It is a crime punishable by up to ten years of imprisonment and a $250,000 fine or both to: obstruct a criminal investigation; tamper with a witness, victim or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

x _Nynde Collens_
   Signature of Defendant

2840 Wellington Way SE
   Address

Conyers Ga 30013
City   State   Zip Code               Telephone

### Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 12/18/19                         _[signature]_
                                        Signature of Judicial Officer

                                        ALAN J. BAVERMAN , U. S. MAGISTRATE JUDGE
                                        Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

DEC 18 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

## UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 1:19-MJ-1092-AJB |
| WYNDE COLLINS | ) | | |
| *Defendant* | ) | | |

### APPEARANCE BOND

**Defendant's Agreement**

I, _____WYNDE COLLINS_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

**Type of Bond**

(   ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ _____10,000_____

(   ) (3) This is a secured bond of $ _____ , secured by:

   (   ) (a) $ _____ , in cash deposited with the court.

   ( x ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

   _____
   _____

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

   _____
   _____

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond. I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 12/18/19

_____
*Defendant's signature*

_____ | _____
(1) Surety/property owner – printed name | (1) Surety/property owner – signature and date

_____ | _____
(1) Surety/property owner's address | (1) Surety/property owner's city/state/zip

_____ | _____
(2) Surety/property owner – printed name | (2) Surety/property owner – signature and date

_____ | _____
(2) Surety/property owner's address | (2) Surety/property owner's city/state/zip

_____ | _____
(3) Surety/property owner – printed name | (3) Surety/property owner – signature and date

_____ | _____
(3) Surety/property owner's address | (3) Surety/property owner's city/state/zip

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

APPROVED

Date: 12/18/2019

*Alan J. Baverman, United States Magistrate Judge*

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED IN OPEN COURT
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

ORIGINAL

DEC 18 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   1:19-MJ-1092-AJB |
| ) | |
| WYNDE COLLINS ) | Charging District's Case No.   3:19-cr- 216 |
| Defendant ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Tennessee at Knoxville.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12/19/19

Approved: _AJB_
Alan J. Baverman, U.S. Magistrate Judge

*Wynde Collins*
Defendant's signature

_____
Signature of defendant's attorney

DAVID JOYCE
Printed name of defendant's attorney

MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)   FILED IN OPEN COURT

DATE: 12/18/19 @ 3:35 pm

TAPE: FTR

TIME IN COURT: 25 Mins.

ORIGINAL

| | |
|---|---|
| MAGISTRATE JUDGE: ALAN J. BAVERMAN | COURTROOM DEPUTY CLERK: Lisa Enix |
| CASE NUMBER: 1:19-MJ-1092 | DEFENDANT'S NAME: Wynde Collins |
| AUSA: Jeff Brown and Tal Chaiken | DEFENDANT'S ATTY: David Jones - Retained |
| USPO / PTR: | |
| ARREST DATE: | |

**X** Initial appearance hearing held.   **X** Defendant informed of rights.

___ Interpreter sworn: _____

**COUNSEL**

___ IA Only

___ ORDER appointing _____ as counsel for defendant.

___ ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

**X** Defendant WAIVES identity hearing.   **X** WAIVER FILED

___ Identity hearing HELD.   ___ Def is named def. in indictment/complaint; held for removal to other district.

___ Defendant WAIVES preliminary hearing.   ___ WAIVER FILED

___ Preliminary hearing held.   ___ Probable cause found; def. held to District Court for removal to other district

___ Removal hearing set _____ @ _____

___ Commitment to Another District Filed.

**BOND/PRETRIAL DETENTION HEARING**

___ Government motion for detention filed.

___ Detention hearing set for _____ @ _____ ( ) In charging district.)

___ Detention Hearing Waived.

___ Government motion for detention

___ Written order to follow.

**X** BOND set at 10,000   **X** NON-SURETY   ___ SURETY

___ cash   ___ property   ___ Signature

**X** SPECIAL CONDITIONS: defendant not to apply for any lines of credit or extension of credit without prior approval from pretrial services, defendant to turn in passport by 10:00 am on 12/19/19.

**X** Bond filed. Defendant released.

___ Bond not executed. Defendant to remain in Marshal's custody.

___ Motion ( ) verbal) to reduce/revoke bond filed.

___ Motion to reduce/revoke bond   ___ GRANTED   ___ DENIED