

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:19-cr-216-1                          Date: October 20, 2022

United States of America    vs.    Wynde Collins

**PROCEEDINGS: Jury Trial, Day 11.** Verdict returned. The defendant was found guilty as to each of Counts 1-8 of the Indictment. The defendant shall remain released with all previous condition to apply pending sentencing. Sentencing to be scheduled at a later date.

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE

Jason Huffaker                                                         Terri Grandchamp
**Deputy Clerk**                                                             **Court Reporter**

A. Svolto/J. Kolman                                      G. Isaacs/A. Mathis
**Asst. U.S. Attorneys**                                         **Attorneys for Defendant**

- ☐ Introduction of evidence for government    ☐ begun ☐ resumed ☐ concluded
- ☐ Introduction of evidence for defendant      ☐ begun ☐ resumed ☐ concluded
- ☐ Rebuttal evidence offered     ☐ Surrebuttal evidence offered
- ☐ Motion for judgment of acquittal pursuant to Rule 29 ☐ granted ☐ denied ☐ submitted
- ☐ Argument of counsel        ☐ Jury charged
- ■ Jury returned verdict at 11:29 a.m.
- ■ Jury polled       ☐ Polling waived
- ■ Referred to USPO for presentence investigative report
- ☐ Defendant ordered taken into custody
- ■ Defendant to remain on current conditions pending sentencing

11:29 – 11:56