# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | WITNESS LIST |
|---|---|
| V. | |
| WYNDA COLLINS | Case Number: 3:19-cr-216-1 |

| PRESIDING JUDGE<br>KATHERINE A. CRYTZER, USDJ | GOVERNMENT'S ATTORNEYS<br>A. SVOLTO/J. KOLMAN | DEFENDANT'S ATTORNEYS<br>G. ISAACS/A. MATHIS |
|---|---|---|
| TRIAL DATES<br>OCTOBER 4-20, 2022 | COURT REPORTER<br>T. GRANDCHAMP/K. NAGORNY | COURTROOM DEPUTIES<br>HUFFAKER/NORWOOD/STONE |

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Court-1 | X | X | Indictment |
| Court-2 | X | X | Jury Charge |
| Gov-01 | X | X | CALL 59 |
| Gov-02 | X | X | CALL 68 |
| Gov-03 | X | X | CALL 808 |
| Gov-04 | X | X | CALL 1058 |
| Gov-05 | X | X | CALL 1237 |
| Gov-06 | X | X | CALL 1254 |
| Gov-07 | X | X | CALL 1298 |
| Gov-08 | X | X | CALL 1894 |
| Gov-09 | X | X | CALL 1922 |
| Gov-10 | X | X | CALL 2221 |
| Gov-11 | X | X | CALL 2241 |
| Gov-12 | X | X | CALL 4268 |
| Gov-13 | X | X | CALL 4609 |
| Gov-14 | X | X | CALL 4625 |
| Gov-15 | X | X | CALL 5102 |
| Gov-16 | X | X | CALL 5723 |
| Gov-30 | X | X | KPERS DOCUMENTS |
| Gov-31 | X | X | COOLPAD |
| Gov-32 | X | X | COOLPAD POWER ON |
| Gov-33 | X | X | IMAC DESKTOP |
| Gov-34-A | X | X | PHOTO IPAD OPEN |

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Gov-35 | X | X | IPAD & IMAC |
| Gov-42 | X | X | RIDENOUR FEDEX RECEIPT FOR 7K CHECK TO WYNDE COLLINS |
| Gov-46 | X | X | RIDENOUR HANDWRITTEN NOTES OF MARY HENSLEY INCOME AND INSTRUCTIONS |
| Gov-61 | X | X | COOL PAD LOGICAL 2018-11-14 REPORT |
| Gov-65 | X | X | ANDROID SMS/MMS - 18653563209 (BROOKE) |
| Gov-67 | X | X | APPLE IPAD AIR 2 (A1567) 2018-02-01 REPORT |
| Gov-71 | X | X | IOS IMESSAGE SMS/MMS - +19415655336 (KELLEE) |
| Gov-72 | X | X | IOS IMESSAGE SMS/MMS - +13477840497 (ALTHEA) |
| Gov-73 | X | X | IOS IMESSAGE SMS/MMS - +17709066130 (AL) |
| Gov-74 | X | X | IOS IMESSAGE SMS/MMS - +18653563209 (BROOKE) |
| Gov-77 | X | X | IOS IMESSAGE SMS/MMS - +14043044501 (MELVIN) |
| Gov-79 | X | X | IOS IMESSAGE SMS/MMS - +19542977864 (ARLENE PORTER) |
| Gov-80 | X | X | ACQUISITION LOG-1000289372 1 A 1 IMAC DESKTOP |
| Gov-82 | X | X | EXPORTED RESULTS-WEBKIT HISTORY |
| Gov-85 | X | X | WEB HISTORY-KEYWORD LIST-PRINT PREVIEW |
| Gov-202-D | X | | BOX 1 - LOG# 6 - WYNDE COLLINS 2014 TAX RETURNS |
| Gov-202-E | X | | BOX 1 - LOG# 6 - WYNDE COLLINS 2015 AND 2016 FORMS 1040 |
| Gov-202-F | X | X | BOX 1 - LOG# 6 - WYNDE COLLINS 2016 TAX RETURNS |
| Gov-203-A | X | X | BOX 1 - LOG# 8 - LINDA PERRY - GLOBAL ELEVATIONS |
| Gov-204-AA | X | X | BOX 1 - LOG# 11 - PII LEMICHAEL WHITT - MEGA FLOORING |
| Gov-204-D | X | X | BOX 1 - LOG# 11 - BRENTON HENSLEY-GLOBAL ELEVATIONS |
| Gov-204-P | X | X | BOX 1 - LOG# 11 - PII BROOKE HENSLEY-ALCOVA MORTGAGE |
| Gov-205-C | X | X | BOX 2 - LOG# 16 - PII AND LIST OF COMMISSIONS_JERMAINE SHEPHERD, ERICA OMEALLY, ET AL |

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Gov-205-G | X | X | BOX 2 - LOG# 16 - PII FREDA JOHNSON, DEBRA RIDENOUR, LEMICHAEL WHITT, ET AL |
| Gov-205-H | X | X | BOX 2 - LOG# 16 - PII MARY HENSLEY_PFCU, JERMAINE SHEPHERD_Y-12 |
| Gov-206-E | X | X | LOG# 9 - LIST OF LOANS AND SLIPS |
| Gov-206-G | X | X | LOG# 9 -LIST OF PAYMENTS TO WYNDE COLLINS AND OTHERS |
| Gov-207-BB | X | X | LOG# 19 -DEBRA RIDENOUR 2016 FORM 1040 |
| Gov-207-D | X | X | LOG# 19 - BROOKE HENSLEY 2015 FORM 1040 |
| Gov-207-E | X | X | LOG# 19 - BROOKE HENSLEY 2016 FORM 1040 AND SUPPORTING DOCUMENTS |
| Gov-207-O | X | X | LOG# 19 - DEBRA RIDENOUR 2015 FORM 1040 |
| Gov-207-S | X | X | LOG# 19 - LEMICHAEL WHITT 2015 FORM 1040 |
| Gov-207-V | X | X | LOG# 19 - LEMICHAEL WHITT 2016 FORM 1040 |
| Gov-209-H | X | X | BROOKE HENSLEY CATERING |
| Gov-210-A | X | X | ADDO CONSULTING CONTRACT |
| Gov-210-B | X | X | ADDO DL |
| Gov-210-E | X | X | BELLA ECHANIQUE CHECK |
| Gov-210-G | X | | JERMAINE SHEPHERD BACK OF CHECK |
| Gov-210-H | X | X | JERMAINE SHEPHERD NFCU CHECK |
| Gov-211-BB | X | X | BUYERSORDER.KISSIE |
| Gov-211-DDDD | X | X | RESUME OF WYNDE COLLINS |
| Gov-211-MMM | X | X | LATOYA WALL UPDATE |
| Gov-211-NNN | X | X | LATOYA WALL |
| Gov-211-TTT | X | X | MEGA FLOORING INC -ANTONIO LEWIS 12.11.15 |
| Gov-211-TTTT | X | X | RESUME OF WILLIAM WALL JR. |
| Gov-211-UUU | X | X | MEGA FLOORING INC -ANTONIO LEWIS |
| Gov-211-UUUU | X | X | WINFRED WOODGER II |
| Gov-211-VVVV | X | X | WYNDE COLLINS 12.4.15 |
| Gov-211-WWWW | X | X | WYNDE COLLINS INCOME VERIFICATION LETTER |
| Gov-211-XXX | X | X | MEGA FLOORING INC -WILLIAM L WALL UPDATE 1.14.17 |
| Gov-211-XXXX | X | X | WYNDE COLLINS LAST 2 OF 2017 |
| Gov-212-A | X | X | WELLINGTON WAY EXTERIOR- FRONT |
| Gov-212-CC | X | X | BILLIARDS ROOM |

| Exhibit | Identified | Admitted | Description |
| --- | --- | --- | --- |
| Gov-212-DD | X | X | BASEMENT BAR |
| Gov-212-FF | X | X | GYM |
| Gov-212-G | X | X | DINING ROOM 2 |
| Gov-212-H | X | X | FAMILY ROOM |
| Gov-212-HH | X | X | THEATER ROOM |
| Gov-212-I | X | X | FAMILY ROOM 2 |
| Gov-212-J | X | X | FAMILY ROOM 3 |
| Gov-212-JJ | X | X | GARAGE 2 |
| Gov-212-KK | X | X | GARAGE 3 |
| Gov-212-M | X | X | MASTER BEDROOM |
| Gov-212-O | X | X | MASTER BATH 2 |
| Gov-212-Q | X | X | OFFICE DESK |
| Gov-213 | X | X | BROOK HENSLEYS 2428 COVERED BRIDGE BLVD, KNOXVILLE, TN 37932 |
| Gov-400 | X | X | VANDERBILT DEBRA RIDENOUR LOAN |
| Gov-500 | X | X | CHASE CAR SOURCE 7297 |
| Gov-501 | X | X | CHASE LABELS BOUTIQUE-5583 |
| Gov-600 | X | X | DIGITAL CU MARY HENSLEY 6212 DOCS |
| Gov-601 | X | X | DIGITAL CU ALTHEA CHAMBERS- #5863430 |
| Gov-602 | X | X | DIGITAL CU ALICE MITCHELL- #5864612 |
| Gov-603 | X | X | DIGITAL CU CONNIE KISSI #5873801 |
| Gov-604 | X | X | DIGITAL CU ARLENE PORTER #1896376 |
| Gov-700 | X | X | FIRST CITIZENS BANK METRO CARS LLC- #7526859000 |
| Gov-800 | X | X | BROOKE HENSLEY - LOAN PACKAGE - MERCEDES 1 |
| Gov-801 | X | X | BROOKE HENSLEY - LOAN PACKAGE - MERCEDES 2 |
| Gov-802 | X | X | BROOKE HENSLEY TVA ECU STATEMENTS |
| Gov-803 | X | X | LEMICHAEL WHITT - LOAN PACKAGE - HONDA 1 |
| Gov-804 | X | X | LEMICHAEL WHITT - LOAN PACKAGE - HONDA 2 |
| Gov-805 | X | X | LEMICHAEL WHITT TVA ECU STATEMENTS |
| Gov-900 | X | X | NFCU AKOSUA ADDO DOCS |
| Gov-902 | X | X | NFCU ALTHEA CHAMBERS DOCS |
| Gov-903 | X | X | NFCU DERRICK EASON DOCS |
| Gov-904 | X | X | NFCU CHYNNEL EBANKS DOCS |

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Gov-905 | X | X | NFCU BELLA ECHANIQUE DOCS |
| Gov-907 | X | X | NFCU LARRY FAILS DOCS |
| Gov-910 | X | X | NFCU DELROSE GALLIMORE |
| Gov-911 | X | X | NFCU DONNA GARRET DOCS |
| Gov-912 | X | X | NFCU RACHEL HAYES DOCS |
| Gov-913 | X | X | NFCU TISHIA HENRY DOCS |
| Gov-914 | X | X | NFCU BROOKE HENSLEY DOCS |
| Gov-915 | X | X | NFCU HAROLD HENSLEY DOCS |
| Gov-916 | X | X | NFCU MARY HENSLEY DOCS |
| Gov-917 | X | X | NFCU RICKI ISAACS DOCS |
| Gov-919 | X | X | NFCU CONNIE KISSIE DOCS |
| Gov-920 | X | X | NFCU KELLY KRESTAN DOCS |
| Gov-921 | X | X | NFCU PAULA LOWE DOCS |
| Gov-922 | X | X | NFCU ALICE MITCHELL DOCS |
| Gov-923 | X | X | NFCU ERICA OMEALLY DOCS |
| Gov-926 | X | X | NFCU LINDA PERRY DOCS |
| Gov-927 | X | X | NFCU ARLENE PORTER DOCS |
| Gov-928 | X | X | NFCU DEBRA RIDENOUR DOCS |
| Gov-929 | X | X | NFCU ANNIE ROUSE DOCS |
| Gov-931 | X | X | NFCU JERMAINE SHEPHARD DOCS |
| Gov-932 | X | X | NFCU WILLIAM WALL DOCS |
| Gov-933 | X | X | NFCU WHITT, LEMICHAEL DOCS |
| Gov-936 | X | X | NCFU WINDRED WOODGER DOCS |
| Gov-937 | X | X | USAO THUMB DRIVE |
| Gov-1000 | X | X | ORNL BROOKE HENSLEY 8610 DOCS |
| Gov-1001 | X | X | ORNL MARY HENSLEY ACADIA LOAN |
| Gov-1002 | X | X | ORNL WHITT ACCT AND SILVERADO LOAN |
| Gov-1101 | X | X | PAYPAL WYNDE COLLINS ACCOUNT ENDING IN 4264 |
| Gov-1102 | X | X | PAYPAL ACCOUNT BROOKE HENSLEY ENDING IN 1454 |
| Gov-1104 | X | X | PAYPAL BROOKE HENSLEY 1454 SPREADSHEETS |
| Gov-1105 | X | X | PAYPAL WYNDE COLLINS 4264 SPREADSHEETS |
| Gov-1200 | X | X | PFCU APPROVED ALICE MITCHELL LOAN_REDACTED |

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Gov-1201 | X | X | PFCU APPROVED ALTHEA CHAMBERS LOAN_REDACTED |
| Gov-1202 | X | X | PFCU APPROVED ANNIE ROUSE LOAN_REDACTED |
| Gov-1203 | X | X | PFCU APPROVED BROOKE HENSLEY_REDACTED |
| Gov-1204 | X | X | PFCU APPROVED LARRY FAILS LOAN_REDACTED |
| Gov-1205 | X | X | PFCU APPROVED MARY HENSLEY_REDACTED |
| Gov-1206 | X | X | PFCU APPROVED RICKI ISAACS LOAN_REDACTED |
| Gov-1207 | X | X | PFCU DENIED ARLENE PORTER LOAN_REDACTED |
| Gov-1208 | X | X | PFCU DENIED CONNIE KISSI LOAN_REDACTED |
| Gov-1209 | X | X | PFCU DENIED CORY JACKSON LOAN_REDACTED |
| Gov-1210 | X | X | PFCU DENIED ERICA OMEALLY_REDACTED |
| Gov-1211 | X | X | PFCU DENIED JERMAINE SHEPHARD LOAN_REDACTED |
| Gov-1212 | X | X | PFCU DENIED LEMICHAEL WHITT LOAN_REDACTED |
| Gov-1214 | X | X | PFCU MARY HENSLEY AND 4RUNNER LOAN |
| Gov-1215 | X | X | PFCU OPENING IP FILES |
| Gov-1400 | X | X | RENASANT BANK METRO CARS- 3211 |
| Gov-1401 | X | X | RENASANT BANK METRO CARS DEPOSIT ITEMS |
| Gov-1500 | X | X | SUNTRUST CITY AUTO SALES 5679 DOCUMENTS |
| Gov-1503 | X | X | SUNTRUST ACCOUNT ENDING IN 7571 CARS SELECT |
| Gov-1504 | X | X | SUNTRUST ACCOUNT ENDING 5598 CARS SELECT |
| Gov-1504-A | X | X | SUNTRUST ACCOUNT ENDING 5598 CARS SELECT (WITHDRAWALS) |
| Gov-1505 | X | X | SUNSTRUST ACCOUNT ENDING IN 7670 CARS SELECT |
| Gov-1506 | X | X | SUNTRUST ACCOUNT ENDING IN 9163 CARS SELECT |
| Gov-1507 | X | X | SUNTRUST OFFICIAL CHECKS ACCOUNT ENDING IN 7670 |
| Gov-1600 | X | X | MARY HENSLEY WELLS FARGO ACCOUNT ENDING IN 2563 |

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Gov-1602 | X | X | WELLS FARGO MORTGAGE BROOKE HENSLEY 4857 DOCS |
| Gov-1603 | X | X | MELVIN BARTELL WELLS FARGO ACCOUNT ENDING IN 7456 |
| Gov-1604 | X | X | BARTELL WELLS FARGO ACCOUNT ENDING IN 5963 |
| Gov-1605 | X | X | WELLS FARGO DOCUMENTS_WYNDE COLLINS ACCOUNT ENDING IN 3846 |
| Gov-1606 | X | X | BROOKE HENSLEY WELLS FARGO ACCOUNT ENDING IN 1645 |
| Gov-1700 | X | X | Y-12 TAHOE LOAN GJ SUB RETURNS 1907 |
| Gov-1701 | X | X | Y-12 JERMAINE SHEPHARD JEEP |
| Gov-1702 | X | X | Y-12 JERMAINE SHEPHARD DODGE CHARGER LOAN |
| Gov-1703 | X | X | Y-12 JERMAINE SHEPHARD $3,500 LOAN |
| Gov-1704 | X | X | Y-12 JERMAINE SHEPHARD ADDITIONAL LOAN DOCUMENTS |
| Gov-1800 | X | X | SQUARE ONE DOSSIER CASH |
| Gov-1900 | X | X | PLEA AGREEMENT - BROOKE HENSLEY |
| Gov-1901 | X | X | PLEA AGREEMENT - DEBRA RIDENOUR [SEALED] |
| Gov-1902 | X | X | PLEA AGREEMENT AND SUPPLEMENT- ALVIN JOHNSON [SEALED] |
| Gov-1904 | X | X | STIPULATION TO FINANCIAL RECORDS |
| Gov-1905 | X | X | STIPULATION AS TO FDIC AND NCUS INSURED FINANCIAL INSTITUTIONS |
| Gov-1905-A | X | X | SUPPLEMENT TO FINANCIAL INSTITUTION DEFINITIONS STIPULATION |
| Gov-1906 | X | X | STIPULATION AS TO IP ADDRESS |
| Gov-1907 | X | X | SECRETARY OF STATE DOCUMENT STIPULATION |
| Gov-1908 | X | X | STIPULATION AS TO RECORDED AUDIO |
| Gov-1909 | X | X | ALVIN JOHNSON PHONE- iOS IMESSAGES WITH WYNDE COLLINS (REDACTED) |
| Gov-1909-A | X | X | WC TO AJ TEXTS 8-31-2018 - WHAT DID YOU PUT DOWN FOR PENFED SO WHEN HE CALLS (REDACTED) |
| Gov-1909-B | X | X | ALVIN-WYNDE TEXTS.7-28-2018 TEXT RE LENARD FROM WC TO AJ (002) |
| Gov-1910 | X | X | HENSLEY-1040X (RE-AMENDED.EMAIL 10-24-17) |

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Gov-1911-A | X | | EMAIL ATTACHMENT WYNDE COLLINS TO BROOKE HENSLEY-STANCILL TAX SERVICE LLC - DEBRA RIDENOUR |
| Gov-1913 | X | X | EMAIL FWD_ INSTALLMENT AGREEMENT |
| Gov-1913-A | X | X | ATTACHMENT TO EMAIL |
| Gov-1914 | X | X | SUMMARY OF LOANS CHART |
| Gov-2001 | X | X | (HARDNICK TO BH) TAX RETURN 2015 |
| Gov-2001-A | X | X | BH 2015 TAX RETURN |
| Gov-2002 | X | X | (BH TO WC) FWD_TAX RETURN 2015 |
| Gov-2002-A | X | X | BH 2015 TAX RETURN TO WC |
| Gov-2003 | X | X | (WC TO BH) FWD_ TAHOE SHEET |
| Gov-2003-A | X | X | TAHOE SPEC SHEET |
| Gov-2006 | X | X | (WC TO BH) FWD_ HENSLEY1 |
| Gov-2006-A | X | X | DIRECT EXPRESS - MARY L HENSLEY |
| Gov-2006-B | X | X | KPER - MARY L HENSLEY |
| Gov-2006-C | X | X | SSI CLINTON TN LETTER - MARY LUCILLE HENSLEY |
| Gov-2009 | X | X | (WC TO BH) FWD_ TRUCK INFORMATION (1) |
| Gov-2009-A | X | X | HENSELY – CODICIL TO WILL |
| Gov-2012 | X | X | (WC TO BH) FWD_ LOWE |
| Gov-2012-A | X | X | MEGA FLOORING INC -PAULA LYNN LOWE |
| Gov-2015 | X | X | (BH TO WC) BROOKES TAXES |
| Gov-2015-A | X | X | BH W-2 2016 |
| Gov-2015-B | X | X | WHITT W-2 |
| Gov-2016 | X | X | (KPERS TO BH) KPERS ACCOUNT ACCESS |
| Gov-2018 | X | X | (BH TO WC) MARY SS PAPERS |
| Gov-2018-A | X | X | MARY HENSLEY SS |
| Gov-2018-B | X | X | MARY HENSLEY SS 2015 |
| Gov-2018-C | X | X | MARY HENSLEY SS 2016 |
| Gov-2019 | X | X | (WC TO BH) FWD_ HENSLEY 2 |
| Gov-2019-A | X | X | 1099-SM SSA 2016 - MARY HENSLEY |
| Gov-2019-B | X | X | F1099MSC-2016-SMC PROPERTY MGMT - MARY HENSLEY |
| Gov-2019-C | X | X | F1099R 2016 - MARY HENSLEY |
| Gov-2020 | X | X | (PF TO BH) ONLINE BANKING LOGON INFORMATION CHANGE CONFIRM... |

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Gov-2021 | X | X | (WC TO BH) FWD_ BUYERS ORDER |
| Gov-2021-A | X | X | AUTO BUYERS ORDER - MARY HENSLEY |
| Gov-2022 | X | X | (WC TO BH) FWD_ DEALER INVOICE JERMAINE, MARY, MARY |
| Gov-2022-A | X | X | MARY HENSLEY DEALER INVOICE MARY_CHALLENGER DE |
| Gov-2022-B | X | X | MARY HENSLEY DEALER INVOICE |
| Gov-2022-C | X | X | JERMAINE DEALER INVOICE |
| Gov-2023 | X | X | (BH TO ORNL) |
| Gov-2023-A | X | X | MARY HENSLEY DEALER INVOICE MARY_CHALLENGER D |
| Gov-2023-B | X | X | MARY HENSLEY DEALER INVOICE |
| Gov-2024 | X | X | (WC TO BH) FWD_ SHEPHERD |
| Gov-2024-A | X | X | CCF04192017 (JS CHARGER) |
| Gov-2025 | X | X | (WC TO BH) FWD |
| Gov-2026 | X | X | (WC TO BH) FWD |
| Gov-2026-A | X | X | CCF04192017 (MH CHALLENGER) |
| Gov-2028 | X | X | (WC TO BH) FWD_ |
| Gov-2028-A | X | X | CCF04272017 (MH ACADIA) |
| Gov-2029 | X | X | (BH TO DEB) FWD |
| Gov-2029-A | X | X | CCF04272017 (MH-ACADIA) |
| Gov-2030 | X | X | (WC TO BH) FWD_ SHEPHARD |
| Gov-2030-A | X | X | JERMAINE SHEPHARD |
| Gov-2031 | X | X | (WC TO BH) UPDATED DEALER INVOICE MARY |
| Gov-2031-A | X | X | DEALER INVOICE 1 (MH ACADIA) |
| Gov-2033 | X | X | (WC TO BH) FWD_ JEEP TITLE COLOR COPIES |
| Gov-2033-A | X | X | SKMBT_42317050310040 (TITLE) |
| Gov-2034 | X | X | (WC TO BH) FWD_ BILL OF SALES |
| Gov-2034-A | X | X | CCF05022017 (MH WRANGLER) |
| Gov-2035 | X | X | (BH TO DEB.MH) FWD_ HENSLEY 2 |
| Gov-2035-A | X | X | 1099-SM SSA 2016 - MARY HENSLEY |
| Gov-2036 | X | X | (BH TO WC) FWD_ Y-12 FCU - LOAN APPLICATION |
| Gov-2037 | X | X | (WC TO BH) RE_ Y-12 FCU |
| Gov-2038 | X | X | (WC TO BH) FWD_ BROOKE-2016 |
| Gov-2038-A | X | X | BROOKE-2016 |
| Gov-2040 | X | X | (BH TO WC) MAIL |

| Exhibit | Identified | Admitted | Description |
| --- | --- | --- | --- |
| Gov-2040-A | X | X | RIDENOUR SS CARD |
| Gov-2041 | X | X | (BH TO WC) MAIL |
| Gov-2041-A | X | X | RIDENOUR DL |
| Gov-2042 | X | X | (WC TO BH) FWD_ INFORMATION REQUEST |
| Gov-2042-A | X | X | RIDENOUR-2016 |
| Gov-2042-B | X | X | BROOKE |
| Gov-2042-C | X | X | DEBRA |
| Gov-2043 | X | X | (WC TO BH) FWD_ DEBRA 2015 |
| Gov-2043-A | X | X | RIDENOUR 2015 |
| Gov-2046 | X | X | FWD_ BROOKE HENSLEY |
| Gov-2046-A | X | X | STANCILL TAX SERVICE LLC LETTER - HENSLEY |
| Gov-2046-B | X | X | BROOKE HENSLEY AMENDED RETURN |
| Gov-2047 | X | X | (BH TO WC) LETTER TO MORTGAGE CO |
| Gov-2047-A | X | X | EXPLANATION LETTER |
| Gov-2047-B | X | X | STANCILL TAX SERVICE LLC |
| Gov-2048 | X | X | (WC TO BH) FWD_ BROOKE HENSLEY |
| Gov-2048-A | X | X | BROOKE-SCHC-1 |
| Gov-2048-B | X | X | BROOKE-SCHC-2 |
| Gov-2051 | X | X | (WC TO BH) FWD_ BROOKE HENSLEY |
| Gov-2051-A | X | X | BROOKE-SCHC-1 |
| Gov-2051-B | X | X | BROOKE-SCHC-2 |
| Gov-2052 | X | X | (WC TO BH) FWD_ LETTER TO MORTGAGE CO |
| Gov-2052-A | X | X | EXPLANATION LETTER |
| Gov-2052-B | X | X | STANCILL TAX SERVICE LLC |
| Gov-2053 | X | X | (BH TO WC) FWD_ ELECTRONIC LOAN DOCUMENT REQUEST |
| Gov-2054 | X | X | (BH TO WC) MAIL |
| Gov-2054-A | X | X | RUTH |
| Gov-2055 | X | X | (BH TO WC) MAIL |
| Gov-2055-A | X | X | ELECTRONIC_LOAN_DOCUMENT_REQUEST-2 |
| Gov-2056 | X | X | (BH TO WC) FWD_ FILE SUBMITTED FOR CONDITIONAL APPROVAL- HENSLEY |
| Gov-2057 | X | X | (BH TO ALCOVA) RE_ FILE SUBMITTED FOR CONDITIONAL APPROVAL- HENSLEY |
| Gov-2057-A | X | X | 2 MONTH BANK STATEMENTS |

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Gov-2058 | X | X | (BH TO ALCOVA) RE_ FILE SUBMITTED FOR CONDITIONAL APPROVAL- HENSLEY |
| Gov-2058-A | X | X | HOUSE CLEARING CHECK STATEMENTS |
| Gov-2059 | X | X | (BH TO WC) WILL THESE WORK |
| Gov-2059-A | X | X | NSF 70 FEE LETTER |
| Gov-2059-B | X | X | LIFE INSURANCE LETTER |
| Gov-2059-C | X | X | INHERITANCE LETTER |
| Gov-2060 | X | X | (WC TO BH) RE: WILL THESE WORK |
| Gov-2062 | X | X | (WC TO BH) FWD - LETTERS |
| Gov-2062-A | X | X | BROOKE-LETTER |
| Gov-2062-B | X | X | DEBRA-LETTER 2 |
| Gov-2063 | X | X | (WC TO BH) FWD_ INSTALLMENT AGREEMENTS |
| Gov-2064 | X | X | (BH TO WC) OR IS THIS WHAT I NEED TO PRINT |
| Gov-2064-A | X | X | CHECK FROM MH TO BH |
| Gov-2065 | X | X | (BH TO WC) NAVY APPRAISAL |
| Gov-2065-A | X | X | NFCU APPRAISAL |
| Gov-2066 | X | X | (BH TO WC) BANK STATEMENTS LEMICHAEL |
| Gov-2066-A | X | X | WELLS FARGO BANK STATEMENT |
| Gov-2067 | X | X | (BH TO WC) FWD - CONDITIONAL APPROVAL- HENSLEY |
| Gov-2068 | X | X | (WC TO BH) FWD_ LEMICHAEL |
| Gov-2068-A | X | X | WELLS FARGO BANK STATEMENT - LEMICHAEL D. WHITT |
| Gov-2069 | X | X | (BH TO WC) FROM MORTGAGE |
| Gov-2069-A | X | X | NAMES |
| Gov-2071 | X | X | (BH TO WC) FROM MORTGAGE |
| Gov-2071-A | X | X | DEROG |
| Gov-2072 | X | X | (BH TO WC) FROM MORTGAGE |
| Gov-2072-A | X | X | DEROG |
| Gov-2074 | X | X | (BH TO WC) FROM MORTGAGE |
| Gov-2074-A | X | X | CIL |
| Gov-2075 | X | X | (BH TO ALCOVA) RE_ CONDITIONAL APPROVAL~ HENSLEY |
| Gov-2075-A | X | X | JUNE 2017 BANK |
| Gov-2076 | X | X | IS THIS OKAY |
| Gov-2076-A | X | X | DEBRAS SOURCE OF LARGE DEPOSITS |

| Exhibit | Identified | Admitted | Description |
| --- | --- | --- | --- |
| Gov-2077 | X | X | (BH TO WC) BANK STATEMENTS JUNE |
| Gov-2077-A | X | X | JUNE 2017 BANK |
| Gov-2078 | X | X | (WC TO BH) FWD |
| Gov-2078-A | X | X | 2015 AMEND |
| Gov-2079 | X | X | (WC TO BH) FWD - WHITT |
| Gov-2079-A | X | X | MEGA FLOORING INC - LEMICHAEL D. WHITT |
| Gov-2080 | X | X | (BH TO WC) RE - WHITT |
| Gov-2082 | X | X | (BH TO WC) MAIL |
| Gov-2082-A | X | X | RELATIONSHIP LETTER |
| Gov-2083 | X | X | (BH TO WC) LAST TWO |
| Gov-2083-A | X | X | CHECK SOURCE LETTER |
| Gov-2084 | X | X | (BH TO WC) ORNL JUNE BANK STATEMENTS |
| Gov-2084-A | X | X | ORNL JUNE |
| Gov-2085 | X | X | (BH TO WC) ORNL JULY STATEMENTS |
| Gov-2085-A | X | X | ORNL JULY STATEMENTS |
| Gov-2086 | X | X | (ARCHIE TO BH) BUYERS ORDER |
| Gov-2086-A | X | X | AUTO BUYERS ORDER BROOK |
| Gov-2087 | X | X | (BH TO WC) FWD - BUYERS ORDER |
| Gov-2087-A | X | X | AUTO BUYERS ORDER BROOK |
| Gov-2089 | X | X | (BH TO WC) FWD - BUYERS ORDER 2 |
| Gov-2089-A | X | X | BR123 |
| Gov-2090 | X | X | (WC TO BH) FWD_ ORNL JULY ONLINE TRANSACTIONS |
| Gov-2090-A | X | X | ORNL JULY ONLINE STATEMENT |
| Gov-2091 | X | X | (WC TO BH) FWD - ORNL TRANSACTION HISTORY FROM JUNE 26 |
| Gov-2091-A | X | X | PRINTPDF |
| Gov-2093 | X | X | (WC TO BH) FWD - RECEIPT |
| Gov-2093-A | X | X | ATLANTA USED CAR DOWN PAYMENT RECEIPT - LEMICHAEL |
| Gov-2095 | X | X | (BH TO WC) CLOSING |
| Gov-2095-A | X | X | CLOSING DOCUMENTS |
| Gov-2102 | X | X | (WC TO BH) RE |
| Gov-2102-A | X | X | MOBILE HOME BILL OF SALE (AUTOSAVED) |
| Gov-2125 | X | X | (WC TO BH) FWD - FW - HENSLEY 1040X |
| Gov-2125-A | X | X | HENSLEY-1040X |

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Gov-2128 | X | X | (WC TO BH) UPDATED AGREEMENT |
| Gov-2128-A | X | X | AGREEMENT OF VEHICLE PURCHASE - HENSLEY AND WALL |
| Gov-2128-B | X | X | POA FOR MERCEDES BENZ CLA |
| Gov-2129 | X | X | (WC TO BH) FWD_ WHITT RETURNS |
| Gov-2129-A | X | X | WHITT-2015 |
| Gov-2129-B | X | X | WHITT-2016 |
| Gov-3000 | X |  | PHOTOGRAPH OF BOX OF CREDIT CARDS |
| Gov-3001 | X | X | AARP GEORGIA INSURANCE POLICY - INFORMATION CARD (PHYSICAL EXHIBIT GIVEN TO JURY) |
| Gov-3002 | X | X | SUMMARY PIE CHART MONEY |
| Gov-3003 | X |  | LETTER DATED 10/6/2022 RE TRACEY GARRETT`S HEALTH |
| Gov-3004 | X |  | PHOTOGRAPH OF NOTEPADS |
| Gov-3005 | X | X | K-MAN SOS DOCS |
| Def-96 | X | X | Hensley Ridenour Indictment (3:18-cr-004) |
| Def-110 | X | X | Motion for Downward Departure re Brooke Hensley [Redacted (page 3)] [Sealed] |
| Def-115 | X | X | Hensley Plea Agreement Supplement [Sealed] |
| Def-2045 | X | X | (WC to BH) Fwd |
| Def-2045-A | X | X | 2015 Amend |