UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
TENNESSEE AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 3:19-CR-216 |
| v. ) | JUDGES CRYTZER/MCCOOK |
| ) | |
| WYNDE COLLINS ) | |

## VERDICT FORM

We, the members of the jury, find unanimously and from all the evidence as follows:

### Count One

1) From on or about June 2014, through on or about December 17, 2019, in the Eastern District of Tennessee and elsewhere, the defendant, **WYNDE COLLINS**, did combine, conspire, confederate, agree, and have a tacit understanding with at least one other, to knowingly execute and attempt to execute a scheme and artifice to defraud financial institutions, the deposits of which were federally insured, by means of materially false and fraudulent pretenses, representations, and promises, as well as by omission of material facts, with intent to defraud, in violation of Title 18, United States Code, Section 1349.

We find the defendant **WYNDE COLLINS**:



_____ NOT GUILTY

\_\_\_✓\_\_\_\_\_ GUILTY

### Count Two

2) On or about May 16, 2017, in the Eastern District of Tennessee and elsewhere, the defendant, **WYNDE COLLINS**, aided and abetted by at least one other, with the intent to defraud financial institutions described in Count One, knowingly caused the automobile loan from Y-12 Federal Credit Union in the amount of $25,452.44 to be issued to J.S., did make and cause to be made materially false and fraudulent pretenses, representations, and promises, and

material omissions, which the defendant knew to be false and fraudulent at the time they were made, in order to procure the issuance of the automobile loan, in violation of Title 18, United States Code, Sections 1344, and 2.

We find the defendant **WYNDE COLLINS**:

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

### Count Three

3) On or about April 20, 2017, in the Eastern District of Tennessee and elsewhere, the defendant, **WYNDE COLLINS**, aided and abetted by at least one other, with the intent to defraud financial institutions described in Count One, knowingly caused the automobile loan from Pentagon Federal Credit Union in the amount of $29,546.56 to be issued to M.H., did make and cause to be made materially false and fraudulent pretenses, representations, and promises, and material omissions, which the defendant knew to be false and fraudulent at the time they were made, in order to procure the issuance of the automobile loan, in violation of Title 18, United States Code, Sections 1344, and 2.

We find the defendant **WYNDE COLLINS**:

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

### Count Four

4) On or about April 19, 2017, in the Eastern District of Tennessee and elsewhere, the defendant, **WYNDE COLLINS**, aided and abetted by at least one other, with the intent to defraud financial institutions described in Count One, knowingly caused the automobile loan

from Digital Federal Credit Union in the amount of $31,180.40 to be issued to M.H., did make and cause to be made materially false and fraudulent pretenses, representations, and promises, and material omissions, which the defendant knew to be false and fraudulent at the time they were made, in order to procure the issuance of the automobile loan, in violation of Title 18, United States Code, Sections 1344, and 2.

We find the defendant **WYNDE COLLINS**:

_____ NOT GUILTY

\_\_\_✓\_\_\_\_ GUILTY

### Count Five

5)   On or about May 4, 2017, in the Eastern District of Tennessee and elsewhere, the defendant, **WYNDE COLLINS**, aided and abetted by at least one other, with the intent to defraud financial institutions described in Count One, knowingly caused the automobile loan from ORNL Federal Credit Union in the amount of $29,857.69 to be issued to M.H., did make and cause to be made materially false and fraudulent pretenses, representations, and promises, and material omissions, which the defendant knew to be false and fraudulent at the time they were made, in order to procure the issuance of the automobile loan, in violation of Title 18, United States Code, Sections 1344, and 2.

We find the defendant **WYNDE COLLINS**:

_____ NOT GUILTY

\_\_\_✓\_\_\_\_ GUILTY

### Count Six

6)   On or about July 28, 2017, in the Eastern District of Tennessee and elsewhere, the

defendant, **WYNDE COLLINS,** aided and abetted by at least one other, with the intent to defraud financial institutions described in Count One, knowingly caused the automobile loan from Knoxville TVA Employees Credit Union in the amount of $25,092.01 to be issued to L.W., did make and cause to be made materially false and fraudulent pretenses, representations, and promises, and material omissions, which the defendant knew to be false and fraudulent at the time they were made, in order to procure the issuance of the automobile loan, in violation of Title 18, United States Code, Sections 1344, and 2.

We find the defendant **WYNDE COLLINS**:

_____ NOT GUILTY

\_\_\_√\_\_\_\_\_ GUILTY

### Count Seven

7) On or about August 4, 2017, in the Eastern District of Tennessee and elsewhere, the defendant, **WYNDE COLLINS,** aided and abetted by at least one other, with the intent to defraud financial institutions described in Count One, knowingly caused the automobile loan from ORNL Federal Credit Union in the amount of $33,681.75 to be issued to L.W., did make and cause to be made materially false and fraudulent pretenses, representations, and promises, and material omissions, which the defendant knew to be false and fraudulent at the time they were made, in order to procure the issuance of the automobile loan, in violation of Title 18, United States Code, Sections 1344, and 2.

We find the defendant **WYNDE COLLINS**:

_____ NOT GUILTY

\_\_\_√\_\_\_\_\_ GUILTY

## Count Eight

8) Beginning in at least July 2017, in the Eastern District of Tennessee and elsewhere, the defendant, **WYNDE COLLINS**, did combine, conspire, confederate, agree, and have a tacit understanding with at least one other, to commit certain offenses against the United States, in violation of Title 18, United States Code, Sections 1956 and 1957, all in violation of Title 18, United States Code, Section 1956(h).

We find the defendant **WYNDE COLLINS**:

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

[signature redacted] 10-20-22

SIGNATURE OF FOREPERSON