Case #: 3:19-cr-216-1          Date: June 8, 2023

## United States of America    vs.    Wynde Collins

**PROCEEDINGS: Sentencing.** The Court overruled the defendant's 1st and 3rd objections to the Presentence Investigative Report. The Court sustained the defendant's 2nd objection to Presentence Investigative Report. The defendant shall remain released with all previous conditions to apply pending designation.

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE PRESIDING

| Jason Huffaker | Terri Grandchamp | Amanda Latham |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |
| A. Svolto/J. Kolman | | G. Isaacs/A. Mathis |
| **Asst. U.S. Attorneys** | | **Attorneys for Defendant** |

- ☐ Allocution given by defendant
- ☐ Government's Motion for Acceptance of Responsibility    ☐ granted    ☐ denied
- ☐ Government's Motion    ☐ granted    ☐ denied
- ■ Defendant's Motion for Variance [R.176]    ☐ granted    ■ denied

■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 121 months. This sentence consists of terms of 121 months as to each of Counts 1, 2, 3, 4, 5, 6, and 7 of the Indictment and a term of 120 months as to Count 8 of the Indictment; all such terms to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for the term of 3 years. This term consists of 3 years as to each of Counts 1, 2, 3, 4, 5, 6, 7 and 8 of the Indictment; all terms to be served concurrently. The defendant shall not commit another federal, state, or local crime; shall comply with standard conditions that have been adopted by this Court Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, any ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions (4) set forth in the J&C.

■ **COURT RECOMMENDATIONS:**

The court recommends the defendant be designated to FCI Marianna (FL) or FCI Tallahassee (FL) as deemed appropriate by the BOP.

- ■ Special assessment: $800.00
- ■ Restitution: $855,374.21
- ■ Defendant to remain on conditions pending designation
- ☐ Defendant remanded to custody

10:25 – 12:15
12:49 – 1:13